# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy

**James M. Hanley Federal Building**
**P.O. Box 7367 100 S. Clinton Street**
**Syracuse NY 13261-7367**
**(315) 234-8500**

November 24, 2025

**Robert McFadden**
14-B-3670
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Re:  9:25-cv-1252    McFadden v. Annucci et al

Dear Mr. McFadden:

Pursuant to the Decision and Order of U.S. District Judge Anthony J. Brindisi of November 24, 2025, be advised that this office will need one hundred nineteen (119) copies of your complaint for the U.S. Marshal to effect service upon the named defendants. Please provide the copies to the Court no later than December 30, 2025.

Further be advised that if you fail to comply with the above request, your action may be subject to dismissal under Local Rule 41.2 of this court.

Please return the necessary copies of your complaint with the enclosed copy of this letter. Enclosed is a copy of your complaint for reference.

Very truly yours,

JOHN DOMURAD, CLERK

By:    NAS, Paralegal

enclosure

file